**The Honorable Kymberly K. Evanson**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARTIN BASIOLI, an individual,

                    Plaintiff,

    v.

PROGRESSIVE CASUALTY INSURANCE COMPANY, a foreign corporation,

                    Defendant.

NO. 2:26-cv-00074-KKE

ORDER GRANTING
STIPULATED MOTION TO AMEND
COMPLAINT AND CHANGE CAPTION

THIS MATTER having come before the court upon the parties' Stipulated Motion to Amend Complaint and Change Caption, and the Court being fully advised in the premises, NOW, THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:

1. The parties' Stipulated Motion to Amend Complaint and Change Caption is GRANTED.

2. Plaintiff may file the Third Amended Complaint attached to the stipulated motion as *Exhibit A*.

3. Plaintiff's claims and causes of action against Progressive Casualty Insurance Company are dismissed with prejudice, and without an award of costs or fees to any party.

ORDER GRANTING
STIPULATED MOTION TO AMEND
COMPLAINT AND CHANGE CAPTION

**DAVIS LAW GROUP, P.S.**
2101 FOURTH AVENUE, SUITE 1030
SEATTLE, WASHINGTON 98121
(206) 727-4000

SO ORDERED this 10th day of February 2026.

Kymberly K. Evanson
United States District Judge

Prepared and Presented by:

**DAVIS LAW GROUP, P.S.**

*/s Jeffrey L. Herman*
Jeffrey L. Herman, WSBA No. 24432
jeffrey@davislawgroupseattle.com
*Attorney for Plaintiff*

Copy Received, Approved as to Form,
Notice of Presentation Waived:

**JENSEN MORSE BAKER, PLLC**

*/s Steven D. Jensen*
Steven D. Jensen, WSBA No. 26495
Emelia M. Hickok, WSBA No. 48040
Steve.jensen@jmblawyers.com
Emelia.hickok@jmblawyers.com
*Attorneys for Defendant*

ORDER GRANTING
STIPULATED MOTION TO AMEND
COMPLAINT AND CHANGE CAPTION

**DAVIS LAW GROUP, P.S.**
2101 FOURTH AVENUE, SUITE 1030
SEATTLE, WASHINGTON 98121
(206) 727-4000