UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN BASIOLI,<br><br>Plaintiff(s),<br>v.<br><br>PROGRESSIVE CASUALTY INSURANCE COMPANY,<br><br>Defendant(s). | CASE NO. C26-74-KKE<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS |

This matter comes before the Court on the parties' stipulated motion for order of dismissal with prejudice (Dkt. No. 25), and finding good cause, the Court GRANTS the motion.

The Court therefore ORDERS that this case is DISMISSED with prejudice and without costs or fees.

Dated this 8th day of October, 2026.

Kymberly K. Evanson

Kymberly K. Evanson
United States District Judge